IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CR. NO. 04-20304-Ml |
| STEFON HENDERSON, | ) ) |
| Defendant. | ) ) |

## ORDER TO DISMISS

Upon motion of the United States, it is hereby ORDERED that counts 2, 3 and 5 of the above referenced indictment be dismissed.

Entered this 24 day of May, 2005.

JON PHIPPS McCALLA
United States District Judge

Approved:

LEONARD E. LUCAS
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05

(76)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CR-20304 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT